IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM H. STOLLER,            ) | |
|            ) | |
|    Plaintiff,  ) | |
|            ) | |
| vs.          ) | |
|            )  Case No. CIV-11-1144-C | |
| ROBERT A. FUNK *et al.*,  ) | |
|            ) | |
|    Defendants.  ) | |

## **ORDER**

NOW ON THIS 19th day of April, 2012, comes before this Court the Joint Motion for Consolidation of Cases for Discovery Purposes Only [Dkt. No. 77 (CIV-11-1144-C)]. Having reviewed the Motion, and finding good cause for the relief requested, the Court GRANTS the Motion and hereby consolidates the Direct Action (CIV-11-294-C) and the Derivative Action (CIV-11-1144-C ) for purposes of discovery only.

IT IS THEREFORE ORDERED THAT:

1. Case Nos. CIV-11-294-C and CIV-11-1144-C are consolidated for the purposes of pretrial discovery only into Case No. CIV-1144-C;

2. All future discovery-related documents and filings shall be filed in both cases, bearing the case number appropriate to the case in which they are filed; and

3. All non-discovery-related filings shall be filed in the appropriate case.

DATED this 19th day of April, 2012.

/s/ Robin J. Cauthron
ROBIN J. CAUTHRON
United States District Judge