IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

William H. Stoller, )
Plaintiff )
)
vs. )   Case No. CIV-11-1144-C
Robert A. Funk, et al. )
)   JANUARY 2014   Trial Docket
Defendant )

## SCHEDULING ORDER

Date  October 4, 2012          Judge Robin J. Cauthron          Clerk  Linda Goode

Appearing for Plaintiff  Dennis Rawlinson, Graydon Luthey Jr., William A. Edmondson

Appearing for Defendant  George Corbyn Jr., Nicholas Merkley, Gary Chilton, Cole Ramey, Kiran Phansalkar

Jury Trial Demanded  ✓          Non-Jury Trial _____

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

1. Motions to join additional parties to be filed by November 1, 2012.

2. Motions to amend pleadings to be filed by November 1, 2012.

3. (a) Plaintiff to file a **final** list of **expert witness(es) in chief and submit expert reports** to Defendant by September 1, 2013.*

   (b) Defendant to file a **final** list of **expert witness(es) in chief and submit expert reports** to Plaintiff by 14 days thereafter.*

4. (a) Plaintiff to file a **final** list of **witnesses** together with addresses and brief summary of expected testimony where witness has not already been deposed by October 15, 2013.*

   (b) Defendant to file a **final** list of **witnesses** (as described above) 14 days thereafter.*

5. (a) Plaintiff to file a **final exhibit** list by October 15, 2013.* Defendant to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by November 15, 2013.

   (b) Defendant to file a **final exhibit** list by October 25, 2013.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by November 25, 2013.

   ***The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used it** the need arises. Except for good cause shown, no witness shall be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.

6. Discovery to be completed by November 1, 2013

7. All dispositive and *Daubert* motions to be filed by November 1, 2013.

   If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket  January 14, 2014 **

   ****Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

   The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by January 2, 2014.
   Objections and counter designations to be filed by January 7, 2014.

10. Motions in limine to be filed <u>7 days prior to the pretrial report</u>.

11. Requested voir dire to be filed <u>7 days prior to the pretrial report</u>.

12. Trial briefs (optional unless otherwise ordered) to be filed <u>7 days prior to the pretrial report</u>.

13. Requested jury instructions to be filed on or <u>7 days prior to the pretrial report</u>.***

14. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than <u>7 days prior to the pretrial report</u>.***

***In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in WordPerfect format to the Clerk via the Court's designated mail box: <u>cauthron-orders@okwd.uscourts.gov</u>

15. Any objection or response to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within **14 days** thereafter.

16. The Final Pretrial Report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by <u>January 3, 2014</u>.

17. This case is referred to the following Court-sponsored ADR/settlement process or special trial track:

    ___ by agreement of the parties, with the approval of the Court:
    ___ by Order of the Court:

    ___ Mediation
    ___ Judicial Settlement Conference
    ___ Other _____

    If the case is referred to mediation or some other form of private ADR, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than _____.

18. Except as otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, not later than ten days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall contain a certification by counsel that the parties have been advised of the motion and approve its filing. The motion shall further describe in detail the settlement efforts made and dispute resolution techniques previously used in the case.

19. ___ The parties consent to trial by a Magistrate Judge.

20. Initial disclosures pursuant to Fed. R. Civ. P. 26 have been made ✓ ; are excused _____ ; or shall be made no later than _____.

21. Other: _____

<u>Mediation packets can be found on the court's website.</u>

BY ORDER OF THE COURT
ROBERT D. DENNIS, CLERK

By _____
                    Deputy Clerk