IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM H. STOLLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-11-1144-C |
| ) | |
| ROBERT A. FUNK *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND DEADLINES**

Now on this 8th day of August, 2013, there comes on for consideration the Parties Joint Motion to Extend Deadlines (Document No. 123). The Court, after finding good cause shown, hereby grants the Parties' Motion.

IT IS THEREFORE ORDERED that the Parties be granted an additional sixty (60) days to complete the remaining deadlines in this case, such that the new deadlines are as follows:

| Description | Deadline |
|---|---|
| Plaintiff's Final List of Expert Witness(es) and Expert Report | October 31, 2013 |
| Defendants' Final List of Expert Witness(es) and Expert Report | November 14, 2013 |
| Plaintiff's Final Witness and Exhibit List | December 16, 2013 |
| Defendants' Final Exhibit List | December 24, 2013 |
| Defendants' Final Witness List | December 30, 2013 |
| All Dispositive and *Daubert* Motions | December 31, 2013 |
| Discovery Completed | December 31, 2013 |
| Defendants' Objections to Plaintiff's Final Exhibit List | January 14, 2013 |
| Plaintiff's Objections to Defendants' Final Exhibit List | January 24, 2013 |
| Motions in Limine | February 25, 2014 |
| Requested Jury Instructions | February 25, 2014 |

2

| Description | Deadline |
|---|---|
| Requested Voir Dire | February 25, 2014 |
| Trial Briefs | February 25, 2014 |
| Deposition Designations | March 3, 2014 |
| Final Pretrial Report and Proposed Order | March 4, 2014 |
| Objections to Deposition Designations and Counter Designations | March 10, 2014 |
| Objections/Responses to Motions in Limine, Requested Jury Instructions, Requested Voir Dire, Trial Briefs | March 11, 2014 |
| Trial Docket | March 2014 |

DATED this 8th day of August, 2013.

*(signature)*

ROBIN J. CAUTHRON
United States District Judge

2