# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM H. STOLLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-11-1144-C |
| ROBERT A. FUNK, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

NOW ON THIS 8th day of January, 2014, comes before this Court the Joint Motion to Extend Discovery Deadline Thirty Days to January 31, 2014 (Dkt. No. 156). Having reviewed the Motion, and finding good cause for the relief requested, the Court GRANTS the Motion and extends the discovery deadline to January 31, 2014, for the limited purposes of completing the depositionsof Len Cason and the Robert A. Funk Trust and filing any necessary motions pertaining to such depositions.

DATED this 8th day of January, 2014.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge