IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) WILLIAM H. STOLLER, an individual and trustee of the William H. Stoller Trust,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>(1) ROBERT A. FUNK, an individual and trustee of the Robert A. Funk Trust, (2) the ROBERT A. FUNK TRUST,<br>(3) ROBERT E. FELLINGER, and<br>(4) JERI CRAIG, individuals,<br><br>　　　　Defendants,<br><br>　and<br><br>EXPRESS SERVICES, INC., a Colorado corporation,<br><br>　　　　Nominal Defendant. | Case No. 5:11-cv-01144-C |

## PLAINTIFF'S OBJECTIONS TO
## DEFENDANT JERI CRAIG'S FINAL EXHIBIT LIST

Plaintiff William H. Stoller submits the following objections to defendant Jeri Craig's final exhibit list dated December 26, 2013:

| No. | Description | Bates/DEX | Will Use (W)<br>May Use (M) | Objections |
|---|---|---|---|---|
| 1. | Shareholder Agreement dated April 7, 1999 | JCRAIG 000066 – 000085 | W | |
| 2. | Shareholder Advance Balance as of June 11, 2004 | DEX 92 | W | |
| 3. | Stoller Group Expense Invoice | DEX 94 | W | Irrelevant |
| 4. | Letter Agreement | DEX 172 | W | |

1

| No. | Description | Bates/DEX | Will Use (W) May Use (M) | Objections |
|---|---|---|---|---|
| 5. | Shortfall Report dated July 12, 2009 | DEX 64 | W | |
| 6. | 09.22.2004 Email from William Stoller to Robert Funk | DEX 98 | W | |
| 7. | 10.26.2005 Email from William Stoller to Robert Funk | DEX 99 | W | |
| 8. | Shareholder Agreement dated March 15, 2006 | DEX 12 | W | |
| 9. | UU Bar Promissory Notes | DEX 20, 21, 22 | W | |
| 10. | Swap Agreement | ESI 0001514 | W | |
| 11. | Shareholder Agreement dated November 7, 2007 | DEX 24 | W | |
| 12. | Letter from Dennis Rawlinson to the Directors of Express Services, Inc. dated August 9, 2009 | DEX 48 | W | |
| 13. | Minutes of the August 26, 2009 Meeting of the Express Services, Inc. Board of Directors | | W | |
| 14. | Email from Anton Rupert to Thomas Richards, Jeri Craig, and Robert Fellinger dated December 3, 2009 | CD 00113 | W | Irrelevant; Hearsay |
| 15. | 12.09.2009 Letter from Dennis Rawlinson to Mack Morgan and Anton Rupert | | W | |
| 16. | Transcript of the September 24, 2009 Express Services, Inc. Board of Directors Meeting | JCRAIG 000627 – 000640 | W | Irrelevant; Best Evidence Rule; Hearsay |
| 17. | Minutes of the December 4, 2009 Express Services, Inc. Board Meeting (Executive Session) | DEX 119 | W | |

2

| No. | Description | Bates/DEX | Will Use (W) May Use (M) | Objections |
|---|---|---|---|---|
| 18. | Preliminary Report of Crowe & Dunlevy | DEX 204 | W | |
| 19. | Minutes of the March 11, 2010 Express Services, Inc. Board of Directors Meeting (Executive Session) | DEX 7 | W | |
| 20. | Minutes of the August 26, 2009 Meeting of the Express Services, Inc. Board of Directors | | W | |
| 21. | 03.15.2006 Email from William Stoller to Robert Funk | DEX 319 | W | |
| 22. | Memo from Mercer to Bob Funk and Bill Stoller dated November 12, 2010 | DEX 16 | W | Hearsay |
| 23. | Shortfall Report dated December 27, 2009 | DEX 315 | W | |
| 24. | Final Report of Crowe & Dunlevy | DEX 19 | W | |
| 25. | Video of 2005 Gordon Blair Heritage Award presentation | DEX 197 | W | Irrelevant; Hearsay |
| 26. | Copy of Resolutions passed at ESI's December 22, 2010 Board Meeting | | W | |
| 27. | All resolutions presented at ESI's December 22, 2010 Board Meeting | | W | |
| 28. | Chart re: Resolutions presented at ESI December 22, 2010 Board Meeting and subsequent action | | W | |
| 29. | Schedule of UU Bar Swap Payments | | W | Irrelevant; Hearsay; Authenticity |
| 30. | 11.03.2010 Letter from Dennis Rawlinson to Mack Morgan and Anton Rupert | CD 00707–00715 | W | |

3

| No. | Description | Bates/DEX | Will Use (W) May Use (M) | Objections |
|---|---|---|---|---|
| 31. | Order dismissing Plaintiff's first derivative lawsuit | | W | Irrelevant |
| 32. | Amended and Restated UU Bar Promissory Notes | DEX 68, 69, 70 | M | |
| 33. | 05.28.2010 Summary of Interview Notes | MERCER 00026 – 00033 | M | Hearsay; Authenticity |
| 34. | 12.20.2010 Letter from Dennis Rawlinson to ESI Board and Counsel | DEX 9 | M | |
| 35. | 11.12.2010 Memo from Benjamin Voss to Bob Funk and Bill Stoller | MERCER 00047 – 00049 | M | Hearsay; Authenticity |
| 36. | Articles of Incorporation of Express Services, Inc. | | M | |
| 37. | By-laws of Express Services, Inc. | DEX 25 | M | |
| 38. | 02.22.2006 Shareholder Advance Balances | DEX 58 | M | |
| 39. | 09.28.2006 Email from Bill Stoller to Bob Funk | STE 0034092 | M | |
| 40. | 05.27.2007 Emails between Tom Richards and Bill Stoller | DEX 209 | M | |
| 41. | 12.31.2008 Shareholder Advance Balances | DEX 62 | M | |
| 42. | 06.14.2009 Shareholder Advance Balances | DEX 63 | M | |
| 43. | Crowe & Dunlevy Invoices | DEX232 | M | |
| 44. | Crowe Preliminary Resolutions and Report | DEX 257 | M | |
| 45. | Any exhibit listed by Plaintiff to which Defendants do not object | | | |

4

| No. | Description | Bates/DEX | Will Use (W) May Use (M) | Objections |
|---|---|---|---|---|
| 46. | As discovery is not yet complete, Defendant reserves his right to designate additional exhibits | | | Plaintiff reserves right to raise evidentiary objections to all exhibits not yet disclosed. |
| 47. | *Reserved for impeachment/rebuttal exhibits* | | | Plaintiff reserves right to raise evidentiary objections to all exhibits not yet disclosed. |
| 48. | *Reserved for demonstrative exhibits* | | | Plaintiff reserves right to raise evidentiary objections to all demonstratives not yet disclosed. |

DATED this 24th day of January, 2014.

    s/ Jeffrey T. Sagalewicz
Dennis P. Rawlinson (*pro hac vice*)
Oregon State Bar #763028
Joshua M. Sasaki (*pro hac vice*)
Oregon State Bar #964182
Jeffrey T. Sagalewicz (*pro hac vice*)
Oregon State Bar #054660
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
E-mail:  dennis.rawlinson@millernash.com
        josh.sasaki@millernash.com
        jeff.sagalewicz@millernash.com

5

Oliver S. Howard, OBA #4403
Scott R. Rowland, OBA #11498
Amelia A. Fogleman, OBA #16221
Graydon Dean Luthey, Jr., OBA #5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma  74103-4217
Telephone:  (918) 595-4800
Fax:  (918) 595-4990
E-mail:  ohoward@gablelaw.com
　　　　srowland@gablelaw.com
　　　　afogleman@gablelaw.com
　　　　dluthey@gablelaw.com

W.A. "Drew" Edmondson, OBA #2628
GABLE GOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, Oklahoma  73102-7101
Telephone:  (405) 235-5500
Fax:  (405) 235-6060
E-mail:  dedmondson@gablelaw.com

*Of Attorneys for Plaintiff William H. Stoller*

# CERTIFICATE OF SERVICE

☒  I hereby certify that on January 24, 2014, I electronically transmitted Plaintiff's Objections to Defendant Jeri Craig's Final Exhibit List to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Mr. George S. Corbyn, Jr.<br>Mr. Joe M. Hampton<br>Ms. Amy J. Pierce<br>Corbyn Hampton PLLC<br>211 N. Robinson Avenue, Suite 1910<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 702-4348<br>E-mail:  gcorbyn@corbynhampton.com<br>            jhampton@corbynhampton.com<br>            apierce@corbynhampton.com<br><br>*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust* | Mr. Jay P. Walters<br>Mr. Nicholas V. Merkley<br>Mr. Terry W. Tippens<br>Fellers Snider Blankenship Bailey & Tippens-OKC<br>100 N. Broadway Avenue, Suite 1700<br>Oklahoma City, Oklahoma  73102-8820<br>Fax:  (405) 232-9659<br>E-mail:  jwalters@fellerssnider.com<br>            nmerkley@fellerssnider.com<br>            ttippens@fellerssnider.com<br><br>*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust* |
| Mr. Gary S. Chilton<br>Mr. Stephen R. Johnson<br>Mr. James E. Warner III<br>Mr. Gideon A. Lincecum<br>Holladay & Chilton PLLC<br>204 N. Robinson Avenue, Suite 1550<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 236-2349<br>E-mail:  gchilton@holladaychilton.com<br>            sjohnson@holladaychilton.com<br>            jwarner@holladaychilton.com<br>            glincecum@holladaychilton.com<br><br>*Attorneys for Defendant Robert E. Fellinger* | Mr. Robert W. Nelson<br>Mr. Guy R. Wood<br>Mr. Brett M. Stingley<br>Nelson Terry Morton DeWitt Paruolo & Wood<br>Post Office Box 138800<br>Oklahoma City, Oklahoma  73113<br>Fax:  405-705-2573<br>Email:  rnelson@ntmdlaw.com<br>            guywood@ntmdlaw.com<br>            bstingley@ntmdlaw.com<br><br>*Attorneys for Defendant Jeri Craig* |

////

////

////

////

////

1

PDXDOCS:2024838.1

| | |
|---|---|
| Mr. Cole B. Ramey<br>Mr. Michael V. Marconi<br>Crouch & Ramey LLP<br>2001 Ross Avenue, Suite 4400<br>Dallas, Texas  75201<br>Fax:  (214) 922-7101<br>E-mail:  cramey@crouchfirm.com<br>          mmarconi@crouchfirm.com<br><br>*Attorneys for Nominal Defendant*<br>*Express Services, Inc.* | Ms. Crystal A. Johnson<br>Mr. Kiran A. Phansalkar<br>Conner & Winters-OKC<br>211 N. Robinson Avenue, Suite 1700<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 232-2695<br>E-mail:  cjohnson@cwlaw.com<br>          kphansalkar@cwlaw.com<br><br>*Attorneys for Nominal Defendant*<br>*Express Services, Inc.* |

s/ Jeffrey T. Sagalewicz
Jeffrey T. Sagalewicz
MILLER NASH LLP
*Of Attorneys for Plaintiff William H. Stoller*