IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) WILLIAM H. STOLLER, an
individual and trustee of the William H.
Stoller Trust,

        Plaintiff,

v.

(1) ROBERT A. FUNK, an individual and
trustee of the Robert A. Funk Trust, (2) the
ROBERT A. FUNK TRUST,
(3) ROBERT E. FELLINGER, and
(4) JERI CRAIG, individuals,

        Defendants,

    and

EXPRESS SERVICES, INC., a Colorado
corporation,

        Nominal Defendant.

Case No. 5:11-cv-01144-C

## PLAINTIFF'S OBJECTIONS TO
## DEFENDANT ROBERT E. FELLINGER'S FINAL EXHIBIT LIST

Plaintiff William H. Stoller submits the following objections to defendant

Robert E. Fellinger's final exhibit list dated December 26, 2013:

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|-------------------|-----------|------------|
| 1 | 1983-06-11 | By-Laws | STO200182-195 (DEX 25) | |
| 2 | 1985-03-13 | Restated Articles of Incorporation of Express Services, Inc. | | |

1

| No. | Date | Title/Description | Bates No. | Objections |
|---|---|---|---|---|
| 3 | 1986-12-31 | Letter Agreement between ESI and Stoller | STE0010028-28 [sic] (DEX 172) | |
| 4 | 1992-06-25 | Amendment to By-Laws changing number of directors to not more than six (6) | STO200195 | |
| 5 | 1996-01-01 | ESI Shadow Stock Plan | ESI 0753714-24 | Irrelevant |
| 6 | 2003-03-23 | Financial Reports as of March 23, 2003 | STE0083607-23 (DEX 186) | Irrelevant |
| 7 | 2003-04-02 | Minutes of meeting of the shareholders electing seven (7) Board members | STE0092739 (DEX 185) | |
| 8 | 2004-09-22 | Stoller email to Funk subject "Fairness Note to Bob Funk" re: taking money out of the company. | STE0034101 (DEX 98) | |
| 9 | 2004-12-30 | Service Agreement between EGS and ESI | STE0010727-31 (DEX 193) | Irrelevant |
| 10 | 2004-12-30 | Service Agreement between EGS and The Stoller Group | STE0010710-14 (DEX 194) | Irrelevant |
| 11 | 2005-10-26 | Stoller email to Funk subject "Estate Planning Issues" | FUNK039831-32 (DEX 99) | |
| 12 | 2005-10-26 | Stoller email to Funk subject "New Mexico Ranch" | ESI0318558 (DEX 100) | Irrelevant |
| 13 | 2005-11-03 | Stoller email to Funk subject "Estate Planning Issues." | ESI 0319243-45 | |
| 14 | 2006-01-01 | Agreement between Funk and ESI | ESI0000880 (DEX 50) | |
| 15 | 2006-03-13 | Email exchange between Stoller and Cason re: New Mexico Ranch | UU_BAR0048320 (DEX 101) | Privileged; Irrelevant; Parol Evidence Rule |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|-------------------|-----------|------------|
| 16 | 2006-03-15 | Agreement between Bob Funk and Bill Stoller re: Funk's purchase of UU Bar Ranch | STO200384-90 (DEX 12) | |
| 17 | 2006-03-15 | Unanimous Consent of Board of Directors re UU Bar Ranch guaranty | ESI 0330077 | |
| 18 | 2006-03-15 | Guaranty | ESI 0360451-55; 969-78 (DEX 420) | |
| 19 | 2006-12-31 | 2006 ESI Financial Reports | STE0000720-79 | Irrelevant |
| 20 | 2007-06-01 | Stoller email to Funk | STE 0070745 | |
| 21 | 2007-06-01 | Unanimous Consent of The Board of Directors of Express Services, Inc. agreeing to the Amended and Restated Guaranty | ESI 0361060-62 (signed by WHS and JCRAIG 000345-49) (signed by other Board Members) | |
| 22 | 2007-06-01 | Unanimous Consent of The Board of Directors of Express Development Corporation, Inc. | ESI 0361063-65 | |
| 23 | 2007-06-05 | Amended and Restated Guaranty | 000995-999 (DEX 79) | |
| 24 | 2007-06-21 | Funk/Stoller email exchange re Bob Funk and Phoenix Follow Up | STE0070720-21 (DEX 308) | |
| 25 | 2007-11-07 | Shareholders' Agreement between Funk, Stoller and ESI | STO200709-29 (DEX 24) | |
| 26 | 2007-12-30 | 2007 ESI Financial Reports | ESI 0379397-452 | Irrelevant |
| 27 | 2008-09-22 | Stoller email to Funk re: Fellinger | ESI0765992 (DEX 297) | |

3

| No. | Date | Title/Description | Bates No. | Objections |
|---|---|---|---|---|
| 28 | 2008-10-16 | Letter Agreement between ESI and Tom Richards | ESI 0398627 | Irrelevant |
| 29 | 2008-12-10 | Fellinger Consulting Agreement | STE0067442 (DEX 28) | |
| 30 | 2008-12-28 | 2008 ESI Financial Reports | ESI 0195982-0196038 (DEX 231) | Irrelevant |
| 31 | 2009-02-02 | Email exchange between Fellinger and Carol Lane re: attendance at 3-12-2009 Board Meeting | ESI0856233 (DEX 32) | |
| 32 | 2009-03-27 | Stoller email to Richards/Gillogly re: ESI Relationship | STE0089950-52 (DEX 177) | Irrelevant |
| 33 | 2009-04-15 | ESI Leadership Team Organizational Chart | ESI 0253826 | Irrelevant |
| 34 | 2009-05-13 | Stoller email to Tom Richards with a cc: to Bob Funk and Len Cason re: ESI Business Affairs | STO200569; ESI0412574 (DEX 396) | |
| 35 | 2009-05-13 | Richards email to Funk re ESI Business Affairs | ESI0412576 (DEX 159) | |
| 36 | 2009-07-30 | Richards email to Stoller re Fellinger | STE0067083 (DEX 34) | Hearsay |
| 37 | 2009-08-03 | Shareholder Demand | STE200952-957 (DEX 48) | |
| 38 | 2009-08-27 | Fellinger's handwritten notes from telephone conversation with Richards, Morgan, and Rupert | REF 00895-97 | Irrelevant; Hearsay |
| 39 | 2009-08-20 | Notice of Special Meeting of Board of Directors to retain counsel for Board of Directors | STE0067159 | |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|------------------|-----------|------------|
| 40 | 2009-08-26 | Minutes of Special Meeting of the Board of Directors deciding to hire Crowe & Dunlevy | ESI 0157677-79 | |
| 41 | 2009-09-17 | Letter from Boutwell to Corbyn Hampton | FUNK042966 (DEX 77) | |
| 42 | 2009-09-24 | Minutes of Board of Directors Meeting | STE0064445-455 (DEX 178) | Irrelevant; best evidence rule |
| 43 | 2009-09-24 | Minutes of Executive Session of Board of Directors Meeting | ESI0974450 -455; STO201771-82 (DEX 207) | Irrelevant; best evidence rule |
| 44 | 2009-09-24 | Crowe & Dunlevy Preliminary Report | CD 01070-1106 (DEX 238) | |
| 45 | 2009-10-04 | ESI Financial Reports | ESI 0776273-333 | Irrelevant |
| 46 | 2009-12-03 | Rupert email to Richards, Fellinger and Craig re ESI Board Issues | JCRAIG000455-458 (DEX 230) | |
| 47 | 2009-12-04 | Crowe status report to Board | STE0067678-80 (DEX 241) | |
| 48 | 2009-12-04 | Minutes of Board of Directors Meeting | ESI0962036-50 (DEX 119) | |
| 49 | 2009-12-04 | Minutes of Executive Session of Board of Directors' Meeting | STE0095010-13 | Irrelevant; best evidence rule |
| 50 | 2009-12-09 | Amended Fellinger Consulting Agreement | ESI 0000648 (DEX 37) | |
| 51 | 2009-12-27 | Shortfall Report | STO200800 -804 (DEX 47) | |
| 52 | 2009-12-27 | Express Financial Reports | ESI0975407-64 (DEX 191) | Irrelevant |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|-------------------|-----------|------------|
| 53 | 2009-12-31 | Crowe & Dunlevy's Recommendations on Certain Issues | STE0094460-61 | |
| 54 | 2010-01-08 | Stoller email to Richards and Fellinger | FUNK_E_013298-300 (DEX 176) | |
| 55 | 2010-01-18 | Funk letter to Richards accepting resignation | FUNK_E_103523 (DEX 35) | |
| 56 | 2010-01-28 | Fellinger/Richards/Voss email exchange re Mercer Project | ESI0954691 (DEX 344) | |
| 57 | 2010-02-01 | Voss/Rupert email exchange re Update on Mercer Project | CD00233 (DEX 346) | Irrelevant; Hearsay |
| 58 | 2010-02-02 | Craig email to Mack Morgan re attendance at Annual Meeting of Board of Directors | FUNK_E_016387 (DEX 233) | |
| 59 | 2010-02-03 | Minutes of Annual Meeting of Shareholders | STO203292-94 | Irrelevant; best evidence rule |
| 60 | 2010-02-03 | Minutes of Annual Meeting of Board of Directors | STO203295-326; ESI0004328-58 (DEX 318) | |
| 61 | 2010-02-16 | Rawlinson email to Rupert, Morgan and Corbyn re Compensation Interviews | CD00207 (DEX 347) | Irrelevant; Hearsay |
| 62 | 2010-02-23 | DeBee email to Rupert forwarding Richards' responses to Crowe's questions | CD00176-77 (DEX 249) | |
| 63 | 2010-02-26 | Rupert email to Voss/Morgan | CD00152 (DEX 348) | Irrelevant; Hearsay |
| 64 | 2010-03-01 | Morgan email to Rupert re Swap | CD 00656 (DEX 250) | |

PDXDOCS:2024863.1

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|------------------|-----------|------------|
| 65 | 2010-03-01 | Fellinger Employment Agreement | STO200805-819 (DEX 38) | |
| 66 | 2010-03-01 | Fellinger's Shadow Stock Participation Agreement | | |
| 67 | 2010-03-02 | Rupert/Morgan/McSpadden email exchange re Swap | CD 00650-51 (DEX 251) | |
| 68 | 2010-03-05 | Rawlinson email to Craig re ESI draft minutes | STE0059032-69 (DEX 179) | Irrelevant |
| 69 | 2010-03-05 | Crowe & Dunlevy Status Report to the Board of Directors | STE0095106-14; STO202412-21 (DEX 204) | |
| 70 | 2010-03-10 | Minutes of Board of Directors Meeting | STE0064542-559 | Irrelevant; best evidence rule |
| 71 | 2010-03-11 | Minutes of Executive Session of Board of Directors Meeting | ESI0004398-468 (DEX 7) | |
| 72 | 2010-03-16 | Executive Team Announcement | ESI 0062168 | Irrelevant; Hearsay |
| 73 | 2010-03-16 | Muse email to Fellinger | ESI 0958742-43 | Irrelevant; Hearsay |
| 74 | 2010-03-16 | Healy email to Fellinger | ESI 0957342-43 | Irrelevant; Hearsay |
| 75 | 2010-03-16 | Billen email to Fellinger | ESI 0858596-97 | Irrelevant; Hearsay |
| 76 | 2010-03-16 | Taylor email to Fellinger | ESI 0859130 | Irrelevant; Hearsay |
| 77 | 2010-03-19 | Funk email to Stoller forwarding latest shortfall report | ESI0782045-46 (DEX 315) | |
| 78 | 2010-03-29 | Bostwick memo to Funk re swap | ESI0859971 (DEX 380) | |

| No. | Date | Title/Description | Bates No. | Objections |
|---|---|---|---|---|
| 79 | 2010-04-01 | Steve Johnson letter to Crowe re Swap Payments | FUNK_E_013179-81 | Hearsay |
| 80 | 2010-05-28 | Email from Voss attaching Mercer Summary of Interview Notes | STE0067629-637 (DEX 95) | Hearsay; Authenticity |
| 81 | 2010-06-04 | Rawlinson Memorandum to Voss re Mercer's Interview Notes | CD00379-83 (DEX349) | |
| 82 | 2010-06-04 | McSpadden Memorandum re Swap | CD 01383-85 (DEX 253) | |
| 83 | 2010-06-16 | Minutes of Board of Directors Meeting | STE0003061-80 | Irrelevant; best evidence rule |
| 84 | 2010-06-16 | Minutes of Executive Session of Board of Directors Meeting | STE0003057-59 | Irrelevant; best evidence rule |
| 85 | 2010-06-18 | Original Shareholder's Derivative Complaint, Case No. CIV-10-634-C | (DEX 180) | Irrelevant; confusion of the issues |
| 86 | 2010-06-29 | Stoller email to Board re: counsel on behalf of ESI | STE0068066 (DEX 168) | |
| 87 | 2010-08-16 | Verification of Complaint filed by Stoller | (DEX 181) | |
| 88 | 2010-09-15 | Stoller email to Funk re Executive Committee Meetings | STE0000450 (DEX 182) | |
| 89 | 2010-09-15 | Minutes of Board of Directors Meeting | JCRAIG000922-943 | |
| 90 | 2010-10-04 | Chilton letter to Rawlinson re ESI | STE 0001848-52, including exhibits | Hearsay |
| 91 | 2010-10-07 | Rupert email to Voss re going forward with work | MERCER 00147-57 (DEX 350) | Irrelevant; Authenticity |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|-------------------|-----------|------------|
| 92 | 2010-10-12 | Memorandum Opinion and Order granting (Doc. No. 69) all Defendants' Motions to Dismiss | | Irrelevant |
| 93 | 2010-10-20 | Rawlinson email to Voss re corrected June 3 Memorandum | CD00731-36 (DEX 351) | |
| 94 | 2010-10-21 | Morgan/Rupert/McSpadden email exchange re Swap | CD 00727-29 (DEX 254) | |
| 95 | 2010-11-10 | Knipe email to Voss re ESI Potential Peer Group | MERCER 00135-45 (DEX 352) | Hearsay; Authenticity |
| 96 | 2010-11-12 | Voss email to Funk/Stoller forwarding Mercer's Preliminary Findings | MERCER 00115-22 (DEX 354) | |
| 97 | 2010-11-23 | Voss email forwarding final Mercer Compensation Report | STO203252-59 (DEX 356) | |
| 98 | 2010-11-24 | Stoller email to Voss | STE0041119 (DEX 171) | |
| 99 | 2010-12-03 | Rupert email to Counsel forwarding Final Report | STO20326-270 (DEX 18) | |
| 100 | 2010-12-14 | Rupert/Morgan letter to Craig and Fellinger forwarding Final Report | JCRAIG000531 - 541 (DEX 19) | |
| 101 | 2010-12-22 | Minutes of Board of Directors Meeting | STE0039950-960 | Irrelevant; best evidence rule |
| 102 | 2010-12-22 | Minutes of Executive Session of Board of Directors Meeting | STE0008411-428 | Irrelevant; best evidence rule |
| 103 | 2010-12-22 | ESI Board of Directors' Meeting Transcript | REF 5227-5296 | |

9

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|------------------|-----------|------------|
| 104 | 2010-12-22 | Executed Resolution - Crowe Report, Issue #1 (Gruenwald Ranch) | STO 204036 ESI 000535 | |
| 105 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issues #2 and #3 (UU Bar Ranch Payments) | REF 04895-96 (DEX 444) | |
| 106 | 2010-12-22 | Executed Resolution - Crowe Report, Issues #2 and #3 (UU Bar Ranch Payments) | STO 204037-38 ESI 000545 | |
| 107 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #4 (Security) | REF 04906 (DEX 445) | |
| 108 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issues #5 and #13 (Shareholder Borrowings) | REF 04912 (DEX 448) | |
| 109 | 2010-12-22 | Executed Resolution - Crowe Report, Issues #5 and #13 (Shareholder Borrowings) | STO 204039 ESI 000559 | |
| 110 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #6 (Workers' Compensation) | REF 04918 (DEX 446) | |
| 111 | 2010-12-22 | Executed Resolution - Crowe Report, Issue #6 (Workers' Compensation) | STO 204040 ESI 000564 (DEX 43) | |
| 112 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #7 (Salaries) | REF 04924 (DEX 451) | |
| 113 | 2010-12-22 | Executed Resolution - Crowe Report, Issue #7 (Salaries) | STO 204041-42 ESI 000569 | |

PDXDOCS:2024863.1

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|-------------------|-----------|------------|
| 114 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #8 (ED Entities) | REF 04931 (DEX 452) | |
| 115 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issues #9-11 (A/R, IT) | REF 04939 (DEX 449) | |
| 116 | 2010-12-22 | Executed Resolution - Crowe Report, Issues #9-11 (A/R, IT) | STO 204043 ESI 000582 | |
| 117 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issues #9-11 (Health Ins.) | REF 04941 | |
| 118 | 2010-12-22 | Executed Resolution - Crowe Report, Issues #9-11 (Health Ins.) | STO 204044 ESI 000583 (DEX 42) | |
| 119 | 2010-12-22 | Funk Proposed Resolution - Crowe Report, Issue #12 (Julies Copy Service) | REF 04954 (DEX 450) | |
| 120 | 2010-12-22 | Executed Resolution - Crowe Report, Issue #12 (Julies Copy Service) | STO 204045 ESI 000593 | |
| 121 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #14 (Interest on Shortfall Amounts Pre-November 7, 2007) | REF 04966 | |
| 122 | 2010-12-22 | Executed Resolution - Crowe Report, Issue #14 (Interest on Shortfall Amounts Pre-November 7, 2007) | STO 204046 ESI 000603 | |
| 123 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #15 (Defamatory Statements) | REF 04971 | |

PDXDOCS:2024863.1

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|------------------|-----------|------------|
| 124 | 2010-12-22 | Executed Resolution - Crowe Report, Issue #15 (Defamatory Statements) | STO 204047 ESI 000607 | |
| 125 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #16 (Tax Distributions) | REF 04992 | |
| 126 | 2010-12-22 | Executed Resolution - Tax Distributions | STO 204052-53 ESI 000624-25 | |
| 127 | 2010-12-22 | Fellinger Proposed Resolution - Crowe Report, Issue #17 (Swap Payments) | REF 04983-84 (DEX 447) | |
| 128 | 2010-12-22 | Executed Resolution - Crowe Report, Issue #17 (Swap Payments) | STO 204048-49 ESI 000617-18 | |
| 129 | 2010-12-22 | Fellinger Proposed Resolution (Determination of Shortfall Amount) | REF 04989 | |
| 130 | 2010-12-22 | Executed Resolution - (Determination of Shortfall Amount) | STO 204050-51 ESI 000622-23 | |
| 131 | 2010-12-22 | Fellinger Proposed Resolution (Payment of 2010 Year-End Distribution to Stoller) | REF 04995-96 (DEX 453) | |
| 132 | 2010-12-22 | Executed Resolution - Payment of 2010 Year-End Distribution to Stoller | STO 204054-55 ESI 000626-27 | |
| 133 | 2010-12-22 | Fellinger Proposed Resolution - For CFO to Negotiate Increase in Distribution Limits | REF 04998-99 (DEX 454) | |
| 134 | 2010-12-22 | Executed Resolution - For CFO to Negotiate Increase in Distribution Limits | STO 204056-57 ESI 000628-29 | |

| No. | Date | Title/Description | Bates No. | Objections |
|---|---|---|---|---|
| 135 | 2010-12-22 | Fellinger Proposed Resolution - Payment of Excess Swap Payments | REF05001-2 | |
| 136 | 2010-12-22 | Executed Resolution - Payment of Excess Swap Payments | STO 204058-59 ESI 000630-31 | |
| 137 | 2010-12-22 | Fellinger Proposed Resolution - Mediation | REF 05004-5 | Irrelevant |
| 138 | 2010-12-22 | Executed Resolution - Mediation | STO 204060-61 ESI 000632-33 | Irrelevant |
| 139 | 2010-12-22 | Resolution Grid for December 22, 2010 Board Meeting | REF 05009 | |
| 140 | | Status of Action taken on Resolutions as of 4-28-2011 | JCRAIG 001177 | Irrelevant; Hearsay; Authenticity |
| 141 | 2010-12-22 | Promissory Note No. 1 from Funk to ESI | ESI0005265 -296 (DEX 21) | |
| 142 | 2010-12-22 | Promissory Note No. 2 from Funk to ESI | ESI0005297 -329 (DEX 22) | |
| 143 | 2010-12-22 | Promissory Note No. 3 from Funk to ESI | ESI0005232-264 (DEX 20) | |
| 144 | 2010-12-26 | ESI Financial Reports | STE0052219-282 (DEX 46) | Irrelevant |
| 145 | 2010-12-26 | ESI Audited Financials - KPMG | FUNK_E_000882-906 (DEX 192) | Irrelevant |
| 146 | 2011-02-23 | Transcript of Annual Directors Meeting | REF 01343 - 57 | |
| 147 | 2011-03-11 | Craig letter to Stoller re: EGS | STE0009892-93 (DEX 195) | Irrelevant; Hearsay |

| No. | Date | Title/Description | Bates No. | Objections |
|---|---|---|---|---|
| 148 | 2011-03-30 | Stoller letter to Craig re: EGS | STE0036263-64 (DEX 196) | Irrelevant |
| 149 | 2011-04-28 | Minutes of Board of Directors Meeting | JCRAIG001205-216 | |
| 150 | 2011-04-28 | Minutes of Executive Session of Board of Directors Meeting | STE0013199-201 | |
| 151 | 2011-04-28 | Resolution re Founders' Exemptions | ESI0003980-85 (DEX 310) | |
| 152 | 2011-05-10 | Fellinger email to Funk/Stoller re: payments to shareholders | STE 0032199-200 | Irrelevant; Hearsay |
| 153 | 2011-06-22 | Minutes of Board of Directors Meeting | STE0031856-1869 | Irrelevant; best evidence rule |
| 154 | 2011-06-24 | Gillogly hand-written note to Fellinger | REF-005226 (DEX 401) | Hearsay; Authenticity |
| 155 | 2011-08-22 | Chilton letter to Rawlinson re: Oregon-Related Expenses | JCRAIG 000324-327 | Irrelevant; Hearsay |
| 156 | 2011-09-22 | Minutes of Board of Directors Meeting | JCRAIG001340-53 | |
| 157 | 2011-09-22 | Minutes of Executive Session of Board of Directors Meeting | REF005206-211 (DEX 183) | |
| 158 | 2011-09-22 | Transcript of Board Meeting | REF 005104-205 (DEX 187) | |
| 159 | 2011-12-15 | Minutes of Board of Directors Meeting | JCRAIG001847-57 | |
| 160 | 2011-12-25 | ESI Audited Financials - Cole & Reed | FUNK_E_000328-55 (DEX 190) | Irrelevant |
| 161 | 2012-01-01 | ESI Executive Leadership Organizational Chart | JCRAIG 001846 | Irrelevant |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|-------------------|-----------|------------|
| 162 | 2012-01-25 | Fellinger email to Bostwick re Study REF.xlsx | REF 00342-45 | Irrelevant; Hearsay |
| 163 | 2012-06-21 | Minutes of Executive Session of Board of Directors | JCRAIG002053-56 | Irrelevant; best evidence rule |
| 164 | 2012-12-07 | Minutes of Executive Session of Board of Directors | ESI1126277-78 | Irrelevant; best evidence rule |
| 165 | 2012-12-07 | Transcript of Executive Session of Board of Directors | STO212629-635 (DEX 298) | |
| 166 | 2012-12-30 | ESI Audited Financials - McGladrey | ESI0982731-56 (DEX 189) | Irrelevant |
| 167 | 2012-12-31 | Stock Pledge Agreement - Funk and EDC and EDII | STO212562-570 (DEX 71) | |
| 168 | 2013-03-12 | First Amended and Restated Promissory Note - No. 1 | M-ESI-004058-62 (DEX 68) | |
| 169 | 2013-03-12 | First Amended and Restated Promissory Note - No. 2 | M-ESI-004063-67 (DEX 69) | |
| 170 | 2013-03-12 | First Amended and Restated Promissory Note - No. 3 | M-ESI-004068-72 (DEX 70) | |
| 171 | 2013-03-12 | Second Mortgage - UU Bar | ESI0982790 -95 (DEX 72) | |
| 172 | 2013-03-12 | Stock Pledge Agreement - Funk and ESI | ESI0982796 -80 (DEX 73) | |
| 173 | 2013-03-27 | Minutes of Board of Directors Meeting | (Bates # obscured by "Confidential" stamp) | Irrelevant; best evidence rule |
| 174 | 2013-12-10 | Fellinger resolution on interest on non-UU Bar debt | Not numbered | Hearsay; Irrelevant |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|------------------|-----------|------------|
| 175 | 2013-12-10 | Chilton email to Ramey forwarding interest resolution for Board meeting | Not numbered | Hearsay; Irrelevant |
| 176 | 2013-12-20 | Ramey email to counsel re 12/27/2013 Board Meeting | Not numbered | Hearsay; Irrelevant |
| 177 | 2013-12-23 | Chilton email to Ramey re: Fellinger's interest resolution | Not numbered | Hearsay; Irrelevant |
| 178 | 2013-12-24 | Chilton email to Ramey re: Fellinger's interest resolution | Not numbered | Hearsay; Irrelevant |
| 179 | 2013-12-27 | Minutes of Special Board of Directors Meeting** | Not numbered | Irrelevant; best evidence rule |
| 180 | 2013-12-27 | Transcript of Special Board of Directors Meeting** | Not numbered | Irrelevant; best evidence rule; hearsay |
| 181 | 2013-12-29 | ESI Financial Report** | Not numbered | Irrelevant |
| 182 | | Minutes from Board of Directors' meetings 2006-2013, not otherwise identified above | | Plaintiff objects as irrelevant to all minutes not specifically identified by a party on an exhibit list and incorporates its objections to all minutes identified in the other parties' exhibit list |
| 183 | | Crowe & Dunlevy Invoices to ESI | DEX 232 | |
| 184 | | Funk Certifications | DEX 78 | |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|------------------|-----------|------------|
| 185 | | Expert Report of Professor Marc I. Steinberg | | Pl. Mot. to Exclude Testimony of Marc Steinberg (Doc. #175); hearsay |
| 186 | | All exhibits referred to and relied upon by Professor Marc I. Steinberg in Annex C to his Report | | Pl. Mot. to Exclude Testimony of Marc Steinberg (Doc. #175); hearsay |
| 187 | | Deposition Transcript of John Moye | | Irrelevant |
| 188 | | Deposition Exhibit 188 from Stoller deposition re increase in Stockholders' Equity from 2009-2012 | (DEX 188) | Irrelevant; Authenticity |
| 189 | | Summary of Fellinger's annual compensation from ESI from 2005-2011 | ESI0001177 -1183 (DEX 36) | |
| 190 | | All exhibits identified in continuing discovery | | Plaintiff reserves right to object if additional exhibits are not identified |

| No. | Date | Title/Description | Bates No. | Objections |
|-----|------|------------------|-----------|------------|
| 191 | | All exhibits listed by any other party not objected to by Fellinger | | Plaintiff incorporates all objections to exhibits of other parties |

DATED this 24th day of January, 2014.

s/ Jeffrey T. Sagalewicz
Dennis P. Rawlinson (*pro hac vice*)
Oregon State Bar #763028
Joshua M. Sasaki (*pro hac vice*)
Oregon State Bar #964182
Jeffrey T. Sagalewicz (*pro hac vice*)
Oregon State Bar #054660
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
E-mail:  dennis.rawlinson@millernash.com
         josh.sasaki@millernash.com
         jeff.sagalewicz@millernash.com

Oliver S. Howard, OBA #4403
Scott R. Rowland, OBA #11498
Amelia A. Fogleman, OBA #16221
Graydon Dean Luthey, Jr., OBA #5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma  74103-4217
Telephone:  (918) 595-4800
Fax:  (918) 595-4990
E-mail:  ohoward@gablelaw.com
         srowland@gablelaw.com
         afogleman@gablelaw.com
         dluthey@gablelaw.com

18

W.A. "Drew" Edmondson, OBA #2628
GABLE GOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, Oklahoma  73102-7101
Telephone:  (405) 235-5500
Fax:  (405) 235-6060
E-mail:  dedmondson@gablelaw.com

*Of Attorneys for Plaintiff William H. Stoller*

## <u>CERTIFICATE OF SERVICE</u>

☒  I hereby certify that on January 24, 2014, I electronically transmitted Plaintiff's

Objections to Defendant Robert E. Fellinger's Final Exhibit List to the Clerk of Court using

the ECF System for filing.  Based on the records currently on file, the Clerk of Court will

transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. George S. Corbyn, Jr.
Mr. Joe M. Hampton
Ms. Amy J. Pierce
Corbyn Hampton PLLC
211 N. Robinson Avenue, Suite 1910
Oklahoma City, Oklahoma  73102
Fax:  (405) 702-4348
E-mail:  gcorbyn@corbynhampton.com
       jhampton@corbynhampton.com
       apierce@corbynhampton.com

*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust*

Mr. Jay P. Walters
Mr. Nicholas V. Merkley
Mr. Terry W. Tippens
Fellers Snider Blankenship Bailey & Tippens-OKC
100 N. Broadway Avenue, Suite 1700
Oklahoma City, Oklahoma  73102-8820
Fax:  (405) 232-9659
E-mail:  jwalters@fellerssnider.com
       nmerkley@fellerssnider.com
       ttippens@fellerssnider.com

*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust*

Mr. Gary S. Chilton
Mr. Stephen R. Johnson
Mr. James E. Warner III
Mr. Gideon A. Lincecum
Holladay & Chilton PLLC
204 N. Robinson Avenue, Suite 1550
Oklahoma City, Oklahoma  73102
Fax:  (405) 236-2349
E-mail:  gchilton@holladaychilton.com
       sjohnson@holladaychilton.com
       jwarner@holladaychilton.com
       glincecum@holladaychilton.com

*Attorneys for Defendant Robert E. Fellinger*

Mr. Robert W. Nelson
Mr. Guy R. Wood
Mr. Brett M. Stingley
Nelson Terry Morton DeWitt Paruolo & Wood
Post Office Box 138800
Oklahoma City, Oklahoma  73113
Fax:  405-705-2573
Email:  rnelson@ntmdlaw.com
       guywood@ntmdlaw.com
       bstingley@ntmdlaw.com

*Attorneys for Defendant Jeri Craig*

////

////

////

////

////

1

Mr. Cole B. Ramey
Mr. Michael V. Marconi
Crouch & Ramey LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Fax:  (214) 922-7101
E-mail:  cramey@crouchfirm.com
   mmarconi@crouchfirm.com

 *Attorneys for Nominal Defendant*
*Express Services, Inc.*

Ms. Crystal A. Johnson
Mr. Kiran A. Phansalkar
Conner & Winters-OKC
211 N. Robinson Avenue, Suite 1700
Oklahoma City, Oklahoma  73102
Fax:  (405) 232-2695
E-mail:  cjohnson@cwlaw.com
   kphansalkar@cwlaw.com

 *Attorneys for Nominal Defendant*
*Express Services, Inc.*

s/  Jeffrey T. Sagalewicz
Jeffrey T. Sagalewicz
MILLER NASH LLP
*Of Attorneys for Plaintiff William H. Stoller*

2