IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) WILLIAM H. STOLLER, an individual and trustee of the William H. Stoller Trust,<br><br>                Plaintiff,<br><br>        v.<br><br>(1) ROBERT A. FUNK, an individual and trustee of the Robert A. Funk Trust, (2) the ROBERT A. FUNK TRUST,<br>(3) ROBERT E. FELLINGER, and<br>(4) JERI CRAIG, individuals,<br><br>                Defendants,<br><br>        and<br><br>EXPRESS SERVICES, INC., a Colorado corporation,<br><br>                Nominal Defendant. | Case No. 5:11-cv-01144-C |

**PLAINTIFF'S OBJECTIONS TO**
**NOMINAL DEFENDANT EXPRESS SERVICES, INC.'S EXHIBIT LIST**

Plaintiff William H. Stoller submits the following objections to nominal defendant Express Services, Inc.'s exhibit list dated December 24, 2013:

| No. | Date | Description | DEX/Bates No. | Objections |
|---|---|---|---|---|
| 1. | 09/29/10 | Letter from Cole Ramey to Dennis Rawlinson regarding distributions | | Hearsay; irrelevant |
| 2. | 01/13/11 | Letter from Cole Ramey to Dennis Rawlinson regarding distributions | | Hearsay; irrelevant |

1

| No. | Date | Description | DEX/Bates No. | Objections |
|---|---|---|---|---|
| 3. | 02/11/11 | Letter from Cole Ramey to all counsel enclosing materials from December 22, 2010 ESI Board meeting | | Hearsay; irrelevant |
| 4. | 02/21/11 | Letter from Cole Ramey to all counsel regarding implementation of December 2010 ESI Board meeting resolutions | | Hearsay; irrelevant |
| 5. | 04/11/11 | Memorandum from Mr. Bostwick regarding shortfall amount | | Hearsay; irrelevant |
| 6. | 04/18/11 | Letter to all counsel regarding promissory notes | | Hearsay; irrelevant |
| 7. | 12/13/11 | Letter from Cole Ramey to Dennis Rawlinson regarding distributions | | Hearsay; irrelevant |
| 8. | 10/22/12 | Letter from Cole Ramey to Dennis Rawlinson regarding promissory notes | | Hearsay; irrelevant |
| 9. | 03/15/13 | Letter from Cole Ramey to Dennis Rawlinson regarding audit and collateral issues | | Hearsay; irrelevant |
| 10. | 03/17/13 | Letter from Cole Ramey to Dennis Rawlinson regarding audit issues | | Hearsay; irrelevant |
| 11. | 04/26/13 | Letter from Cole Ramey to Dennis Rawlinson regarding security interest and audit issues | | Hearsay; irrelevant |

| No. | Date | Description | DEX/Bates No. | Objections |
|---|---|---|---|---|
| 12. | 06/07/13 | ESI's objections and responses to Plaintiff's First Set of Interrogatories, and ESI data and records produced to all parties in further response thereto and as identified therein | | Hearsay; irrelevant |
| 13. | 09/13/13 | Letter from Cole Ramey to Dennis Rawlinson regarding interest | | Hearsay; irrelevant |
| 14. | 10/09/13 | Letter from Cole Ramey to Dennis Rawlinson regarding distributions | | Hearsay; irrelevant |
| 15. | 10/09/13 | Letter from Cole Ramey to Dennis Rawlinson regarding meetings | | Hearsay; irrelevant |
| 16. | 11/06/13 | Letter to Dennis Rawlinson enclosing documents produced by ESI | | Hearsay; irrelevant |
| 17. | N/A | Forthcoming response of ESI to letter from Dennis Rawlinson dated August 12, 2013 | | Hearsay; irrelevant; plaintiff reserves right to raise further objections once exhibit is produced |
| 18. | N/A | Forthcoming response of ESI to letter from Dennis Rawlinson dated October 28, 2013 | | Hearsay; irrelevant; plaintiff reserves right to raise further objections once exhibit is produced |

| No. | Date | Description | DEX/Bates No. | Objections |
|---|---|---|---|---|
| 19. | N/A | Forthcoming response of ESI to letter from Dennis Rawlinson dated November 12, 2013 | | Hearsay; irrelevant; plaintiff reserves right to raise further objections once exhibit is produced |
| 20. | N/A | Forthcoming response of ESI to letter from Dennis Rawlinson dated November 20, 2013 | | Hearsay; irrelevant; plaintiff reserves right to raise further objections once exhibit is produced |
| 21. | N/A | All exhibits listed by Plaintiff or Defendants to which ESI does not object. | | Plaintiff incorporates objections to other defendants' exhibits |
| 22. | N/A | Discovery and communications amongst counsel are ongoing; therefore, ESI reserves its right to list additional exhibits which may be generated thereby. | | Plaintiff reserves right to object when exhibits are identified |
| 23. | N/A | Reserved for impeachment/rebuttal exhibits. | | Plaintiff reserves right to object when exhibits are identified |

| No. | Date | Description | DEX/Bates No. | Objections |
|---|---|---|---|---|
| 24. | N/A | Reserved for demonstrative exhibits. | | Plaintiff reserves right to object when demonstrative exhibits are identified |

DATED this 24th day of January, 2014.

s/ Jeffrey T. Sagalewicz
Dennis P. Rawlinson (*pro hac vice*)
Oregon State Bar #763028
Joshua M. Sasaki (*pro hac vice*)
Oregon State Bar #964182
Jeffrey T. Sagalewicz (*pro hac vice*)
Oregon State Bar #054660
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
E-mail:  dennis.rawlinson@millernash.com
          josh.sasaki@millernash.com
          jeff.sagalewicz@millernash.com

Oliver S. Howard, OBA #4403
Scott R. Rowland, OBA #11498
Amelia A. Fogleman, OBA #16221
Graydon Dean Luthey, Jr., OBA #5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma  74103-4217
Telephone:  (918) 595-4800
Fax:  (918) 595-4990
E-mail:  ohoward@gablelaw.com
          srowland@gablelaw.com
          afogleman@gablelaw.com
          dluthey@gablelaw.com

        W.A. "Drew" Edmondson, OBA #2628
GABLE GOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, Oklahoma  73102-7101
Telephone:  (405) 235-5500
Fax:  (405) 235-6060
E-mail:  dedmondson@gablelaw.com

*Of Attorneys for Plaintiff William H. Stoller*

6

## CERTIFICATE OF SERVICE

☒ I hereby certify that on January 24, 2014, I electronically transmitted Plaintiff's Objections to Nominal Defendant Express Services, Inc.'s Exhibit List to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. George S. Corbyn, Jr.
Mr. Joe M. Hampton
Ms. Amy J. Pierce
Corbyn Hampton PLLC
211 N. Robinson Avenue, Suite 1910
Oklahoma City, Oklahoma  73102
Fax:  (405) 702-4348
E-mail:  gcorbyn@corbynhampton.com
   jhampton@corbynhampton.com
   apierce@corbynhampton.com

*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust*

Mr. Jay P. Walters
Mr. Nicholas V. Merkley
Mr. Terry W. Tippens
Fellers Snider Blankenship Bailey & Tippens-OKC
100 N. Broadway Avenue, Suite 1700
Oklahoma City, Oklahoma  73102-8820
Fax:  (405) 232-9659
E-mail:  jwalters@fellerssnider.com
   nmerkley@fellerssnider.com
   ttippens@fellerssnider.com

*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust*

Mr. Gary S. Chilton
Mr. Stephen R. Johnson
Mr. James E. Warner III
Mr. Gideon A. Lincecum
Holladay & Chilton PLLC
204 N. Robinson Avenue, Suite 1550
Oklahoma City, Oklahoma  73102
Fax:  (405) 236-2349
E-mail:  gchilton@holladaychilton.com
   sjohnson@holladaychilton.com
   jwarner@holladaychilton.com
   glincecum@holladaychilton.com

*Attorneys for Defendant Robert E. Fellinger*

Mr. Robert W. Nelson
Mr. Guy R. Wood
Mr. Brett M. Stingley
Nelson Terry Morton DeWitt Paruolo & Wood
Post Office Box 138800
Oklahoma City, Oklahoma  73113
Fax:  405-705-2573
Email:  rnelson@ntmdlaw.com
   guywood@ntmdlaw.com
   bstingley@ntmdlaw.com

*Attorneys for Defendant Jeri Craig*

////

////

////

////

////

1

2

| | |
|---|---|
| Mr. Cole B. Ramey<br>Mr. Michael V. Marconi<br>Crouch & Ramey LLP<br>2001 Ross Avenue, Suite 4400<br>Dallas, Texas  75201<br>Fax:  (214) 922-7101<br>E-mail:  cramey@crouchfirm.com<br>          mmarconi@crouchfirm.com<br><br>*Attorneys for Nominal Defendant*<br>*Express Services, Inc.* | Ms. Crystal A. Johnson<br>Mr. Kiran A. Phansalkar<br>Conner & Winters-OKC<br>211 N. Robinson Avenue, Suite 1700<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 232-2695<br>E-mail:  cjohnson@cwlaw.com<br>          kphansalkar@cwlaw.com<br><br>*Attorneys for Nominal Defendant*<br>*Express Services, Inc.* |

s/  Jeffrey T. Sagalewicz
Jeffrey T. Sagalewicz
MILLER NASH LLP
*Of Attorneys for Plaintiff William H. Stoller*