IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM H. STOLLER, an individual and trustee of the William H. Stoller Trust, for himself and derivatively on behalf of Express Services, Inc., a nominal defendant, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-11-1144-C |
| ROBERT A. FUNK, an individual and trustee of the Robert A. Funk Trust, the ROBERT A. FUNK TRUST, ROBERT E. FELLINGER, and JERI CRAIG, individuals, and EXPRESS SERVICES, INC., a Colorado corporation, nominal defendant, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

In light of the Notice of Withdrawal of Plaintiff's Motion to Compel Discovery of Documents from Defendant Jeri Craig (Dkt. No. 160), the Motion to Compel Discovery of Documents from Defendant Jeri Craig (Dkt. No. 144) is STRICKEN as moot.

IT IS SO ORDERED this 2nd day of February, 2014.

ROBIN J. CAUTHRON
United States District Judge