IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 1 - 5th FLOOR

TRIAL DOCKET BEFORE JUDGE ROBIN J. CAUTHRON

**A PHOTO ID IS REQUIRED FOR ANYONE TO ENTER THE FEDERAL COURTHOUSE**

**TUESDAY, MARCH 11,  2014**

NOTICE TO ALL COUNSEL:  YOU ARE DIRECTED BY JUDGE CAUTHRON TO
APPEAR BEFORE THE COURT ON **WEDNESDAY, MARCH 5, 2014 AT 9:00 A. M.**
ANY LAST MINUTE PROBLEMS IN THE CASE WILL BE DISCUSSED AT THIS
DOCKET CALL. **COUNSEL SHALL PROVIDE A TYPEWRITTEN WITNESS
LIST AND EXHIBIT LIST FOR JUDGE CAUTHRON, THE COURT REPORTER
AND COURTROOM DEPUTY JUST PRIOR TO TRIAL.(LR43.1)**

**CASES WILL NOT NECESSARILY BE TRIED IN ORDER LISTED**

**You must have an entry of appearance on file and be registered with ECF.**

Except as otherwise specifically ordered by the assigned judge, this case will not be
scheduled for a judicial settlement conference unless, not later than ten days after the trial
docket is published, the parties file a joint motion requesting  a judicial settlement
conference. The motion shall contain a certification by counsel that the parties have been
advised of the motion and approve its filing. The motion shall further describe in detail the
settlement efforts made and dispute resolution techniques previously used in the case.

| | | |
|---|---|---|
| CIV-13-130-C | VICKI L. GLASCO | April B. Eberle |
| | | Margaret K. Myers |
| | | Sarah J. Timberlake |
| | VS | |
| | ADVANCED DENTAL IMPLANT | Randall J. Wood |
| | & DENTURE CENTER LLC, ET AL. | Jessica L. Speegle |
| | | Robert S. Lafferandre |

CIV-11-294-C     WILLIAM H. STOLLER          Amelia A. Fogleman
                                             Dennis P. Rawlinson
                                             Graydon D. Luthey, Jr.
                                             Jeffrey T. Sagalewicz
                                             Joshua M. Sasaki
                                             Oliver S. Howard
                                             Scott R. Rowland

                 VS

                 ROBERT A. FUNK, ET AL.      Amy J. Pierce
                                             George S. Corbyn, Jr.
                                             Jay P. Walters
                                             Joe M. Hampton
                                             Nicholas V. Merkley
                                             Terry W. Tippens


CIV-11-1144-C    WILLIAM H. STOLLER          Amelia A. Fogleman
                                             Dennis P. Rawlinson
                                             Graydon D. Luthey, Jr.
                                             Jeffrey T. Sagalewicz
                                             Joshua M. Sasaki
                                             Oliver S. Howard
                                             Scott R. Rowland
                                             William A. Edmondson

                 VS

                 ROBERT A. FUNK, ET AL.      Amy J. Pierce
                                             George S. Corbyn, Jr.
                                             Jay P. Walters
                                             Joe M. Hampton
                                             Nicholas V. Merkley
                                             Terry W. Tippens
                                             Gary S. Chilton
                                             Gideon A. Lincecum
                                             James E. Warner, III
                                             Stephen R. Johnson
                                             Brett M. Stingley
                                             Chad E. Ihrig
                                             Guy R. Wood
                                             Robert W. Nelson
                                             Cole B. Ramey
                                             Crystal A. Johnson
                                             Kiran A. Phansalkar
                                             Michael V. Marconi

CIV-11-1167-C    DOREEN HOPKINS          David R. Keesling
                                                         Timothy S. Kittle

                              VS

                              WAYNE MCKINNEY, ET AL.     David Proctor
                                                         James L. Gibbs, II
                                                         Robert T. Goolsby
                                                         Benjamin S. Saunier
                                                           Randall J. Wood
                                                         Robert S. Lafferandre
                                                          David W. Kirk
                                                         Robert R. Jones, Jr.


## NON-JURY TRIAL


CIV-12-663-C     ROBERT DALE NORMAN         Gregg Luther

                              VS

                              VETERANS ADMINISTRATION     Ronald R. Gallegos
                              MEDICAL CENTER