# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| WILLIAM H. STOLLER, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-1144-C |
| | ) | |
| ROBERT A. FUNK *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS ROBERT A. FUNK AND THE ROBERT A. FUNK TRUST'S OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

Defendants Robert A. Funk and the Robert A. Funk Trust hereby submit the following objections to Plaintiff's Supplemental Exhibit List (Dkt. No. 221).

| Ex. No. | Date | Description | DEX/ Bates No. | Objection | FRE Rule |
| --- | --- | --- | --- | --- | --- |
| 413. | 1/10/2000 | Memo- Craig to Rahill re income tax issues facing the corporation | CD 01774-1779 | Irrelevant | 402 |
| | | | | Prejudice, Misleading | 403 |
| | | | | Hearsay | 802 |
| 414. | 8/17/2009 | Email string re Representation of Board of Directors of Express | ESI 0880249 | Irrelevant | 402 |
| | | | | Prejudice, Misleading, Confusion | 403 |
| | | | | Attorney-Client Communication | 501 |

| Ex. No. | Date | Description | DEX/ Bates No. | Objection | FRE Rule |
|---|---|---|---|---|---|
| 415. | 8/20/2009 | Email- Hart to Craig attaching Cason's memo to ESI Board of Directors dated 8/19/2009 | ESI 0880254-0256 | Irrelevant<br><br>Prejudice, Misleading, Confusion<br><br>Attorney-Client Communication | 402<br><br>403<br><br><br>501 |
| 416. | 9/30/2009 | Memo.- Craig to Gardner re Conversation with Crowe & Dunlevy | JCRAIG 02423 | Irrelevant<br><br>Prejudice, Misleading, Confusion<br><br>Attorney-Client Communication | 402<br><br>403<br><br><br>501 |
| 417. | 12/12/2011 | Email string Chilton to Ramey re ESI Board Meeting 12/15 | JCRAIG 02409-02411 | Irrelevant<br><br>Prejudice, Misleading, Confusion<br><br>Hearsay | 402<br><br>403<br><br>802 |
| 418. | 12/20/2011 | Email- Gardner to Funk re Employment Agreement Renewal- Fellinger 2012 (with attached Employment Agreement Renewal) | REF 00425; REF 00414-0424 | Irrelevant<br><br>Prejudice, Misleading, Confusion<br><br>Hearsay<br><br>Attorney-Client Communication | 402<br><br>403<br><br><br>802<br><br>501 |

| Ex. No. | Date | Description | DEX/ Bates No. | Objection | FRE Rule |
|---|---|---|---|---|---|
| 419. | 10/09/2013 | Letter from Cole Ramey to Dennis Rawlinson re UU Bar Ranch and Swap Payments | | Irrelevant | 402 |
| | | | | Prejudice, Misleading, Confusion | 403 |
| | | | | Hearsay | 802 |
| | | | | Not identified or Authenticated (no copy appears to have been produced) | 901 |
| 420. | [No date] | ESI website printout- Express Employment Professionals Company Overview | | Irrelevant | 402 |
| | | | | Not identified or Authenticated | 901 |
| | | | | Hearsay | 802 |
| 421. | 12/09/1984 | Article- Express Services Formed to Replace Acme Personnel (Bayless, Glen; NewsOK.com) | | Irrelevant | 402 |
| | | | | Hearsay | 802 |
| | | | | Not identified or Authenticated | 901 |
| | | | | Not produced in discovery | |
| 422. | 9/04/1987 | Shareholders' Agreement between Robert A. Funk and William H. Stoller | HCCNSTOLLERSUBPOENA 000977-0984 | Irrelevant | 402 |
| | | | | Prejudice, Misleading, Confusion | 403 |
| | | | | Hearsay | 802 |
| | | | | Not identified or Authenticated | 901 |

| Ex. No. | Date | Description | DEX/ Bates No. | Objection | FRE Rule |
|---|---|---|---|---|---|
| 423. | 5/13/1993 | Shareholders' Agreement between Express Services, Inc., Robert A. Funk, and William H. Stoller | HCCNSTOLLERSUBPOENA 001059-1081 | Irrelevant<br><br>Prejudice, Misleading, Confusion<br><br>Hearsay<br><br>Not identified or Authenticated | 402<br><br>403<br><br><br>802<br><br><br>901 |
| 424. | 3/1/2006 | Email- Stoller to Funk re New Mexico ranch financing | FUNK-001371 | Irrelevant<br><br>Prejudice, Misleading, Confusion<br><br>Hearsay | 402<br><br>403<br><br><br>802 |
| 425. | 1/28/2009 | Email string Stoller to Funk re follow up to Dec. 12, 2008 email | STO200566-0568 | Irrelevant<br><br>Prejudice, Misleading<br><br>Hearsay | 402<br><br>403<br><br>802 |
| 426. | 2/26/2009-3/1/2009 | Email string Stoller to Funk re cleaning up our corporate governance | STO200363-0364 | Irrelevant<br><br>Prejudice, Misleading, Confusion<br><br>Hearsay | 402<br><br>403<br><br><br>802 |
| 427. | 3/5/2010 | Email- Rupert to Rawlinson, Corbyn, Merkley, Gardner, Chilton, and Craig re "ESI, 3-5-10 recommendations" | DEX 204 | | |

| Ex. No. | Date | Description | DEX/ Bates No. | Objection | FRE Rule |
|---|---|---|---|---|---|
| 428. | 10/9/2013 | Letter- Nicholas Merkley to Brian Sniffen response to Stoller's requests for additional information and documents | | Irrelevant | 402 |
| | | | | Prejudice, Misleading, Waste of Time, Confusion | 403 |
| | | | | Hearsay | 802 |

Defendants reserve the right to object once all exhibits are produced.

Respectfully submitted,

s/ George S. Corbyn, Jr.
George S. Corbyn, Jr., OBA No. 1910
Joe M. Hampton, OBA No. 11851
Amy J. Pierce, OBA No. 17980
CORBYN HAMPTON, PLLC
211 North Robinson, Suite 1910
Oklahoma City, Oklahoma  73102
Telephone:   (405) 239-7055
Facsimile:   (405) 702-4348
gcorbyn@corbynhampton.com
jhampton@corbynhampton.com
apierce@corbynhampton.com

-and-

        Terry W. Tippens, OBA No. 9027
        Jay P. Walters, OBA No. 17364
        Nicholas V. Merkley, OBA No. 20284
        FELLERS, SNIDER, BLANKENSHIP,
        BAILEY & TIPPENS, P.C.
        100 North Broadway, Suite 1700
        Oklahoma City, Oklahoma  73102
        Telephone: (405) 232-0621
        Facsimile:  (405) 232-9659
        ttippens@fellerssnider.com
        jwalters@fellerssnider.com
        nmerkley@fellerssnider.com

**ATTORNEYS FOR DEFENDANTS ROBERT A. FUNK AND THE ROBERT A. FUNK TRUST**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2014, a true and correct copy of the foregoing document was served via ECF to all attorneys of record.

s/ George S. Corbyn, Jr.
George S. Corbyn, Jr.