UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

WILLIAM H. STOLLER,            )
                               )
                Plaintiff,     )
                               )
v.                             )     Case No. CIV-11-1144-C
                               )
ROBERT A. FUNK *et al.*,       )
                               )
                Defendants.    )

## DEFENDANTS' SECOND SUPPLEMENTAL EXHIBIT LIST

Defendants Robert A. Funk and the Robert A. Funk Trust submit the following supplemental exhibit for trial:

| No. | Date | Bates No. | Description |
|---|---|---|---|
| 312. | | FUNK_E_013159 | Stoller ESI G/L Account |

Respectfully submitted,

s/George S. Corbyn, Jr.
George S. Corbyn, Jr., OBA No. 1910
Joe M. Hampton, OBA No. 11851
Amy J. Pierce, OBA No. 17980
CORBYN HAMPTON, PLLC
211 North Robinson, Suite 1910
Oklahoma City, Oklahoma  73102
Telephone:   (405) 239-7055
Facsimile:   (405) 702-4348
gcorbyn@corbynhampton.com
jhampton@corbynhampton.com
apierce@corbynhampton.com

-and-

Terry W. Tippens, OBA No. 9027
Jay P. Walters, OBA No. 17364
Nicholas V. Merkley, OBA No. 20284
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, Oklahoma  73102
Telephone: (405) 232-0621
Facsimile:  (405) 232-9659
ttippens@fellerssnider.com
jwalters@fellerssnider.com
nmerkley@fellerssnider.com

**ATTORNEYS FOR DEFENDANTS
ROBERT A. FUNK AND
THE ROBERT A. FUNK TRUST**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2014 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/ George S. Corbyn, Jr.
George S. Corbyn, Jr.