IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) WILLIAM H. STOLLER, an individual and trustee of the William H. Stoller Trust,

  Plaintiff,

 v.

(1) ROBERT A. FUNK, an individual and trustee of the Robert A. Funk Trust, (2) the ROBERT A. FUNK TRUST,
(3) ROBERT E. FELLINGER, and
(4) JERI CRAIG, individuals,

  Defendants,

 and

EXPRESS SERVICES, INC., a Colorado corporation,

  Nominal Defendant.

Case No. 5:11-cv-01144-C

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS ROBERT A. FUNK AND THE ROBERT A. FUNK TRUST'S SUPPLEMENTAL EXHIBIT LIST

Plaintiff William H. Stoller submits the following objections to defendants Robert A. Funk and The Robert A. Funk Trust's Supplemental Exhibit Lists (Doc. ##238, 241):

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 300. | 3/2006 | Blank March 2006 Calendar | | |
| 301. | 12/25/2011 | Express Employment Professionals Financial Reports as of December 25, 2011 | ESI 1187515-ESI 1187581 | |
| 302. | 12/30/2012 | Express Employment Professionals Financial Reports as of December 20, 2012 | ESI 1131349-ESI 1131415 | |

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 303. | | ESI Advertisement | | |
| 304. | | March 2006 Timeline Demonstrative | | |
| 305. | 2/25/2014 | First Supplemental Written Report of Expert Testimony by David R. Payne | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay; Untimely |
| 306. | 2006-2012 | Liquidity and Cash Flow Summary (Exhibit 37-S to First Supplemental Written Report of Expert Testimony by David R. Payne) | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay; Untimely |
| 307. | 2006-2012 | Liquidity and Cash Flow Resources Measurement (Exhibit 38-S to First Supplemental Written Report of Expert Testimony by David R. Payne) | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay; Untimely |
| 308. | 2005-2012 | Exhibit 39-S to First Supplemental Written Report of Expert Testimony by David R. Payne | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay; Untimely |
| 309. | 2005-2012 | Robert Funk Personal Income Statement by Receipts & Disbursements (Exhibit 40-S to First Supplemental Written Report of Expert Testimony by David R. Payne) | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay; Untimely |
| 310. | | Exhibit 173-S to First Supplemental Written Report of Expert Testimony by David R. Payne | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay; Untimely |
| 311. | | Exhibit 174-S to First Supplemental Written Report of Expert Testimony by David R. Payne | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay; Untimely |
| 312. | | Stoller ESI G/L Account | FUNK_E_013159 | Authenticity |

DATED this 3rd day of March, 2014.

        s/  Graydon Dean Luthey, Jr.
Dennis P. Rawlinson (*pro hac vice*)
Oregon State Bar #763028
Joshua M. Sasaki (*pro hac vice*)
Oregon State Bar #964182
Jeffrey T. Sagalewicz (*pro hac vice*)
Oregon State Bar #054660
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
E-mail:  dennis.rawlinson@millernash.com
        josh.sasaki@millernash.com
        jeff.sagalewicz@millernash.com

Oliver S. Howard, OBA #4403
Scott R. Rowland, OBA #11498
Amelia A. Fogleman, OBA #16221
Graydon Dean Luthey, Jr., OBA #5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma  74103-4217
Telephone:  (918) 595-4800
Fax:  (918) 595-4990
E-mail:  ohoward@gablelaw.com
        srowland@gablelaw.com
        afogleman@gablelaw.com
        dluthey@gablelaw.com

W.A. "Drew" Edmondson, OBA #2628
GABLE GOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, Oklahoma  73102-7101
Telephone:  (405) 235-5500
Fax:  (405) 235-6060
E-mail:  dedmondson@gablelaw.com
*Of Attorneys for Plaintiff William H. Stoller*

{1226922;}3

## CERTIFICATE OF SERVICE

☒  I hereby certify that on March 3rd, 2014, I electronically transmitted Plaintiff's Objections to Nominal Defendant Express Services, Inc.'s Exhibit List to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Mr. George S. Corbyn, Jr.<br>Mr. Joe M. Hampton<br>Ms. Amy J. Pierce<br>Corbyn Hampton PLLC<br>211 N. Robinson Avenue, Suite 1910<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 702-4348<br>E-mail:  gcorbyn@corbynhampton.com<br>          jhampton@corbynhampton.com<br>          apierce@corbynhampton.com<br><br>*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust* | Mr. Jay P. Walters<br>Mr. Nicholas V. Merkley<br>Mr. Terry W. Tippens<br>Fellers Snider Blankenship Bailey & Tippens-OKC<br>100 N. Broadway Avenue, Suite 1700<br>Oklahoma City, Oklahoma  73102-8820<br>Fax:  (405) 232-9659<br>E-mail:  jwalters@fellerssnider.com<br>          nmerkley@fellerssnider.com<br>          ttippens@fellerssnider.com<br><br>*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust* |
| Mr. Gary S. Chilton<br>Mr. Stephen R. Johnson<br>Mr. James E. Warner III<br>Mr. Gideon A. Lincecum<br>Holladay & Chilton PLLC<br>204 N. Robinson Avenue, Suite 1550<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 236-2349<br>E-mail:  gchilton@holladaychilton.com<br>          sjohnson@holladaychilton.com<br>          jwarner@holladaychilton.com<br>          glincecum@holladaychilton.com<br><br>*Attorneys for Defendant Robert E. Fellinger* | Mr. Robert W. Nelson<br>Mr. Guy R. Wood<br>Mr. Brett M. Stingley<br>Nelson Terry Morton DeWitt Paruolo & Wood<br>Post Office Box 138800<br>Oklahoma City, Oklahoma  73113<br>Fax:  405-705-2573<br>Email:  rnelson@ntmdlaw.com<br>          guywood@ntmdlaw.com<br>          bstingley@ntmdlaw.com<br><br>*Attorneys for Defendant Jeri Craig* |

////

////

////

////

////

{1226922;}1

PDXDOCS:2028245.1

Mr. Cole B. Ramey
Mr. Michael V. Marconi
Crouch & Ramey LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Fax:  (214) 922-7101
E-mail:  cramey@crouchfirm.com
　　　　　mmarconi@crouchfirm.com

*Attorneys for Nominal Defendant
Express Services, Inc.*

Ms. Crystal A. Johnson
Mr. Kiran A. Phansalkar
Conner & Winters-OKC
211 N. Robinson Avenue, Suite 1700
Oklahoma City, Oklahoma  73102
Fax:  (405) 232-2695
E-mail:  cjohnson@cwlaw.com
　　　　　kphansalkar@cwlaw.com

*Attorneys for Nominal Defendant
Express Services, Inc.*

s/  Graydon Dean Luthey, Jr.
Graydon Dean Luthey, Jr., OBA #5568
GABLE GOTWALS
*Of Attorneys for Plaintiff William H. Stoller*

{1226922;}2