IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

Date:  May 5, 2014

| | | |
|---|---|---|
| WILLIAM H. STOLLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | CIV-11-1144-C |
| | ) | |
| ROBERT A. FUNK, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

The Administrative Closing Order filed March 6, 2014, is extended for 30 days.

By direction of Judge Robin J. Cauthron we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By: s/ Linda Goode
Deputy Clerk